APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Metropolitan Fire Restoration Services, Inc. )
) Case No. 09-46466
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Christensen & Ehret, LLP

| | |
|---|---|
| Jeffrey D. Naffziger | Christensen & Ehret, LLP |
| Print Name on this Line | Firm Name |
| /s/ Jeffrey D. Naffziger | FIRM ID NUMBER: |
| Signature | 222 West Adams, Suite 2170 |
| ATTORNEY ID NUMBER  6275581 | Street Address |
| | Chicago, IL 60606 |
| | City        State        Zip |
| | Telephone    (312) 634-1014 |

Trial Attorneys*

_____ Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: December 31, 2009

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED _____ X ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P_____ D_____ TP_____

Revised 06/08rj