UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| METROPOLITAN FIRE RESTORATION SERVICES, INC., | Case No. 09-46466 |
| Debtor. | Honorable Carol A. Doyle |

## ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

At Chicago, Illinois, in said District before the Honorable Carol A. Doyle, Bankruptcy Judge, this 14 day of January 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of Metropolitan Fire Restoration Services, Inc., an Illinois corporation, debtor and debtor-in-possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; American Chartered Bank ("ACB") having interposed an objection; prior to a final hearing on the objection, ACB and Debtor/Debtor-in-possession have agreed to Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A attached hereto to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period January 15, 2009, through January 22, 2010, to the extent set forth in the Expenditures Section on Exhibit A hereto. This Order does not authorize the payment of any "Mechanics Liens";

B)  In return for the Debtor's continued interim use of cash collateral, the Cash Collateral Lenders[1] are granted the following adequate protection for their purported secured interests:

1. The Debtor will permit the Bank to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Bank evidence of that which constitutes its purported collateral or its proceeds;

4. The Bank shall be granted valid, perfected, enforceable security interests in and to Debtor's post-petition assets except Chapter 5 causes of action, including all proceeds and products which are now or hereafter become property of this estate to the extent and priority of its alleged pre-petition liens, if valid, but only to the extent of any diminution in the value of such assets during the period from the commencement of the Debtor's Chapter 11 case through January 22, 2010;

5. The Debtor shall execute any documents that may be reasonably required by the Bank to evidence the post-petition interests granted in numbered Paragraph (4), above;

---

1 The "Cash Collateral Lenders" are defined in Paragraph 4 of the Motion.

6. The Debtor shall be authorized to make disbursements as delineated in the Expenditures category of the budget attached hereto as Exhibit "A", for the period January 15, 2010 through and including January 22, 2010;

7. Any expense item not paid in the week in which it is projected may be paid by the Debtor in any subsequent week;

8. The Debtor will provide the Bank and its agents, including without limitation its accountants and appraisers, with reasonable access to the Debtor's inventory, equipment, books and records, to inspect and appraise, upon reasonable notice and within reasonable hours; and,

C. A final hearing on the Motion is scheduled before this Court on January 21st, 2010, at 10:30 a.m.

BY THE COURT:

_____
BANKRUPTCY JUDGE

1/14/10

Richard C. Perna - 6193236
Tejal S. Desai - 6280834
FUCHS & ROSELLI, LTD.
440 W. Randolph Street, Suite 500
Chicago, Illinois 60606
Tel:    (312) 651-2400

3

| BUDGET | Weeks: 1/16/10 - 1/22/10 | |
|---|---|---|
| Beginning Gross Account Receivable | $ 1,136,291.59 | $ 1,136,291.59 |
| Difference between 355,000 quoted & 360173.86 | | $ 5,173.86 |
| Receiver's Cash Collection Account | $ - | $ - |
| Metro Regular Checking Account | $ - | $ - |
| Customer Deposit Account | $ - | $ - |
| Beginning Total Gross Account Receivables | $ 1,136,291.59 | $ 1,141,465.45 |
| Mechanics Liens | $ (661,938.83) | $ (661,938.83) |
| Beginning Net Account Receivables | $ 474,352.76 | $ 479,526.62 |
| Less Gross Collections | $ (45,000.00) | $ (92,000.00) |
| Less Mechanics Liens | $ - | |
| Collection of Old Net Account Receivable | $ - | |
| Balance of Net Old Receivables | $ 429,352.76 | $ 387,526.62 |
| New Gross Receivable | $ 100,000.00 | $ 100,000.00 |
| New Net Account Receivable | $ 70,000.00 | $ 70,000.00 |
| Total Ending Net Account Receivable | $ 499,352.76 | $ 457,526.62 |
| New Gross Deposit | | |
| Pre-payment to Subcontractor | | |
| New Net Deposit | | |
| Beginning Cash | $ 75,435.47 | $ 75,435.47 |
| Plus Deposits | $ 45,000.00 | $ 92,000.00 |
| Total Cash | $ 120,435.47 | $ 167,435.47 |
| Less Expenditures | $ (106,122.89) | $ (92,516.74) |
| Ending Cash | $ 14,312.58 | $ 74,918.73 |
| EXPENDITURES | $ - | |
| Auto & Truck Expense | $ - | |
| Bank Charges | $ - | |
| Bank Loan | $ - | |
| Bonds, Permit, Architect, Blue Prints | $ - | |
| Collection Costs | $ - | |
| Commissons | $ - | |
| Computer & Internet Charges | $ - | |
| Construction Material Costs | $ 7,500.00 | $ - |
| Credit Card Expense | $ - | |
| Depreciation | $ - | |
| Dumpsters: For Projects | $ 650.00 | $ - |
| Professional License, Dues & Subscriptions | $ - | |
| Education & Training | $ - | |
| Employee Relations | $ - | |
| Entertainment & Meals | $ - | |
| Expenses, Out of town jobs | $ - | |
| Equipment Rental for Jobs | $ - | |
| Fuel | $ 1,600.00 | $ 1,600.00 |
| Garnishments | $ 1,700.00 | $ 1,700.00 |
| Insurance: GL, Auto's, Workman's Comp. | $ 19,456.15 | $ - |
| Insurance - Disability | $ 1,636.74 | $ ~~1,636.74~~  |
| Interest | $ - | |
| Pass | $ - | |

| Category | | | | |
|---|---|---|---|---|
| Legal & Professional Fees: Accountant: Retainer | $ | 2,500.00 | $ | 2,500.00 |
| Maintenance | $ | - | | |
| Marketing | $ | - | | |
| Membership Dues | $ | - | | |
| Miscellaneous: Propane & Other | $ | - | | |
| Monitoring - Security | $ | 1,080.00 | $ | ~~1,080.00~~ 0 |
| Office Supplies | $ | 500.00 | $ | ~~500.00~~ 0 |
| Software Fees | $ | - | | |
| Supplies - Shop | $ | - | | |
| Payroll, Taxes & Payroll Fee | $ | 45,000.00 | $ | 45,000.00 |
| Postage & Delivery | $ | - | | |
| Property Taxes | $ | - | | |
| Rent: January - 46 Sherwood | $ | - | | |
| Rent: January - 729 E. Park | $ | - | | |
| Repairs & Maintenance | $ | - | | |
| Subcontractor's: Post | $ | 20,000.00 | $ | ~~38,500.00~~ 19,200.00 |
| Mechanic's Liens: Pre | $ | - | | |
| Travel Expense | $ | - | | |
| Uniforms & Laundry | $ | - | | |
| Utilities; Gas, Water, Electric, Phone | $ | 4,500.00 | $ | - |
| Vehicles License & Fees | $ | - | | |
| Waste Removal | $ | - | | |
| | $ | - | | |
| Less Expenditures | $ | 106,122.89 | $ | ~~92,516.74~~ 70,000.00 |
| Total Expenditures | $ | 106,122.89 | | |