IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Metropolitan Fire Restoration Services, Inc. | ) | Case No. 09-46466 |
| | ) | |
| | ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 15th day of April, 2010, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in Room 742 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion to Employ Scott Kummer and the Law Firm of Boyd & Kummer, LLC as Special Counsel for Purposes of Finalizing Settlement for Employment of Attorneys,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served upon all parties listed on the attached Service List by first class mail, postage prepaid on the 8th day of April, 2010 before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

UNITED STATES TRUSTEE
219 S. DEARBORN, #873
CHICAGO, IL 60604

RICHARD C. PERNA
440 W. RANDOLPH ST. #500
CHICAGO, IL 60606

AIRFLOW INDUSTRIES, INC.
PO BOX 1403
NORTHBROOK, IL 60065

AMERICAN EXPRESS - COSTCO
BOX 0001
LOS ANGELES, CA 90096-8000

BREWINGTON ELECTRIC
JAMIE BREWINGTON
W979 EAU CLAIRE
GENOA CITY, WI 53128

CARL DICKSON
12850 W. CHAPLIN STREET
BEACH PARK, IL 60087

CENNI AMBROSE TILE & CARPET
LANCE CENNI
2770 SHERIDAN ROAD
ZION, IL 60099

GURNEE MASONRY
4212 S BROWN CIRCLE
GURNEE, IL 60031

ILLINI HI REACH, INC.
13633 MAIN STREET
LEMONT IL 60439

LAKE COOK PLUMBING SERVICE, INC.
888 EAST BELVEDIER ROAD
GRAYS LAKE, IL 60030

LARX PAINTING & DESIGN CO.
1538 MCCRAREN RD
HIGHLAND PARK, IL 60035

MERIT INSTALLATION
34739 N. HUNT CLUB ROAD
GURNEE, IL 60031

MONT BLANC CONSTRUCTION, INC. - TONY
575 JENNIFER CIRCLE
MUNDELEIN, IL 60060

PRAIRIE REALTY ADVISORS, INC.
ATTN:  JOHN SIFF
333 W. WACKER DR., SUITE 1020
CHICAGO, IL 60606

PRECISION ROOFING INC.
38401 N. SHERIDAN ROAD
BEACH PARK, IL 60087

PUGET SOUND LEASING
A DIVISION OF FIRST SOUND BANK
PO BOX 1295
ISSAQUAH WA 98027

RELIANT ROOFING AND SIDING
624 WINDSOR DIRVE
FOX LAKE, IL 60020

REPUBLIC FLEET SERVICES, LLC
3195C AIRPORT LOOP
COSTA MESA, CA 92626

RICHTER DESIGN
215 EAST PARK AVENUE - SUITE B
LIBERTYVILLE, IL 60048

ROBINSON HEATING & COOLING
2413 WASHINGTON STREET
WAUKEGAN, IL 60085

SPRINT
PO BOX 8077
LONDON, KY 40742

STANDARD CHEMICAL
P.O. BOX 983
LOGANVILLE, GA 30052

TEAM SERVICES
705 S. MARTIN AVENUE
WAUKEGAN, IL 60058

VEHIFAX CORP.
555 BROAD HOLLOW RD.
MELVILLE, NY 11747
ATTN: ROBERT ALLGIER

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

ASSURED SOFTWARE LIMITED
#100-532 LEON AVE
KELOWNA BC V1Y6J6
CANADA

FIRST DATA MERCHANT SERVICES CORPORATION
FIRST DATA LEASING SOLUTIONS
PO BOX 407092
FT. LAUDERDALE, FL 33340

PITNEY BOWES
PO BOX 856460
LOUISVILLE , KY 40201

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285

SCOTT KUMMER, ESQ.
BOYD & KUMMER LLC
20 S. CLARK, #500
CHICAGO, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Metropolitan Fire Restoration Services, Inc. ) | Case No. 09-46466 |
| ) | |
| ) | Judge Carol A. Doyle |
| Debtor/Debtor-in-Possession. ) | |

**MOTION TO EMPLOY SCOTT KUMMER AND THE LAW
FIRM OF BOYD & KUMMER, LLC AS SPECIAL COUNSEL
FOR PURPOSES OF FINALIZING SETTLEMENT**

NOW COMES METROPOLITAN FIRE RESTORATION SERVICES, INC., debtor and debtor-in-possession herein ("Debtor"), and for their Motion to Employ Scott Kummer and the Law Firm of Boyd & Kummer, LLC ("B&K"), as Special Counsel for Purposes of Finalizing Settlement for Employment of Attorneys, pursuant to Section 327 of the Bankruptcy Code, respectfully states as follows:

1. On December 8, 2009, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Since the Petition date, the Debtor has operated its business and managed its financial affairs as a debtor-in-possession. No trustee, examiner or official committee of unsecured creditors has been appointed to serve in the Debtor's Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

5. The statutory predicates for the relief requested in this Motion are Section 327 of the Bankruptcy Code.

6. The Debtor, an Illinois corporation formed in 1978, is a full service fire, water restoration company, providing the highest quality services to numerous customers.

7. The Debtor operates from a leased facility (approximately 52,000 square feet) at 46 Sherwood Terrace, Lake Bluff, Illinois 60644 and employs twenty (20) employees on its current payroll. The Debtor had approximately $6,900,000.00 in sales in 2008, and it has had approximately $7,400,000.00 in sales through October 2009.

8. Prior to the Petition Date, the Debtor was involved in litigation known as the Debtor vs. Stephen and Marian Curran (the "Currans"), whereby the Debtor commenced a civil lawsuit against the Currans and MidFirst Bank in the Circuit Court of Cook County known as case no. 05ch20724 (the "Lawsuit").

9. In the Lawsuit, the Debtor claimed that a sum in excess of $32,920.87 was due and owing the Debtor in connection with packing, pack-out, demolition, remediation, rebuild and other services performed for the Currans.

10. MidFirst Bank on behalf of Midland Mortgage Company and the Currans deposited the sum of $20,054.53 (the "MidFirst Monies") with the Clerk of the Circuit Court of Cook County.

11. The Debtor is currently in possession of certain personal property of the Currans and the Currans wish to have this personal property returned to them.

12. The Debtor, the Currans and MidFirst have agreed to a settlement whereby the MidFirst Monies will be tendered to the Debtor, and the personal property will be delivered to the Currans.

13. By this Motion, the Debtor requests the entry of an Order authorizing it to resolve its claim against the Currans, pursuant to Rule 9019 and the Federal Rules of Bankruptcy Procedure, and to employ B&K for said purposes as well.

14. A copy of the Settlement Agreement and Mutual Release between the Debtor, MidFirst and the Currans is attached hereto as **Exhibit A**, and a copy of the Attorney/Client Agreement between B&K and the Debtor is attached hereto as **Exhibit B**.

15. The Debtor desires to employ B&K pursuant to the terms of the Attorney/Client Agreement only for purposes of finalizing the settlement with the Currans.

16.   B&K is entitled to fees in the amount of $1,000.00.

17.   Due to the *de minimus* amount involved and the obvious benefit to the estate provided by B&K.

18.   B&K is disinterested, pursuant to the Affidavit of Scott W. Kummer, attached hereto as **Exhibit C** and by express reference made a part hereof.

WHEREFORE, METROPOLITAN FIRE RESTORATION SERVICES, INC., debtor and debtor-in-possession herein, prays for the entry of an Order:

A)   approving the settlement with Stephen and Marian Curran described above; and

B)   authorizing the employment of and immediate payment to Scott W. Kummer and the law firm of Boyd & Kummer for purposes of this settlement only.

METROPOLITAN FIRE RESTORATION SERVICES, INC., debtor and debtor-in-possession herein

By:   /s/Scott R. Clar
      One of its attorneys

**DEBTOR'S COUNSEL**
Glenn R. Heyman, Esq.
(Atty. No. 01207938)
Scott R. Clar, Esq.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\MJO2\Metropolitan Fire\Employ Special Counsel.mot and NOM.wpd